ANTHONY DeBELLO, BY HIS NEXT FRIEND, JACK DeBELLO, RESPONDENT, *v*, REEP & BLACKFORD, INC., APPELLANT.

Submitted November 7, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 456.

For the respondent, *Kessler & Kessler.*

For the appellant, *Charles Jones.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, CLARK, McGLENNON, JJ.   11.

*For reversal*—None.